**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7074**

BERNARD A. TENSLEY-BEY,

                                     Plaintiff - Appellant,

        versus

COMMONWEALTH OF VIRGINIA; VIRGINIA DEPARTMENT
OF CORRECTIONS; DOCTOR ULEP; JO ANN MCCARTHY;
CMS - CORRECTIONAL MEDICAL SERVICE,

                                     Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-00-1449-AM)

Submitted:  August 9, 2001          Decided:  August 17, 2001

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Bernard A. Tensley-Bey, Appellant Pro Se.  Pamela Anne Sargent,
Assistant Attorney General, Richmond, Virginia; Joseph Patrick
Callahan, RAWLS & MCNELIS, P.C., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bernard A. Tensley-Bey appeals the district court's order granting his motions to amend, denying his motion to supplement, denying his motion for judgment on the pleadings, denying three Defendants' motions to dismiss as moot, and directing two Defendants to file an answer or responsive pleading in his 42 U.S.C.A. § 1983 (West Supp. 2001) action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.[*]

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We note to the extent Tensley-Bey attempts to appeal the district court's November 27, 2000 order, that appeal would be similarly interlocutory.

2